IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

THE ESTATE OF ROOSEVELT PERNELL, JR., DECEASED,
BY AND THROUGH DEBRA P. SIMMONS,
INDIVIDUALLY, AND AS ADMINISTRATRIX        PLAINTIFF

VS.                                        CIVIL ACTION NO.: 1:08CV0040-DD

CITY OF COLUMBUS, RICK JONES, HEATH BEARD,
LISA YOUNGER NEESE, IN HER OFFICIAL CAPACITY
AS THE CHANCERY CLERK FOR LOWNDES COUNTY,
MISSISSIPPI; HARRY S. SANDERS, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE LOWNDES COUNTY
BOARD OF SUPERVISORS; and C.B. HOWARD, IN HIS
OFFICIAL CAPACITY AS SHERIFF OF LOWNDES COUNTY,
MISSISSIPPI; and CHANTICLEER APARTMENTS,
AND JOHN DOES 1-20                         DEFENDANTS

ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT

Pursuant to separate opinions issued this day, it is hereby ORDERED that

(1)     Defendants', Lowndes County, Lisa Younger Neese, Harry S. Sanders, C. B. Howard motion for summary judgment (docket entry 96) is GRANTED;

(2)     Defendants', City of Columbus, Rick Jones and Heath Beard, motion for summary judgment (docket entry 98) is GRANTED;

(3)     all of Plaintiff's claims are DISMISSED WITH PREJUDICE; and

(3)     this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 37 day of April, 2010.

Senior Judge